IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

    Petitioner,                  No. CIV S-10-0073 GGH P

    vs.

GARY SWARTHOUT,

    Respondent.               ORDER

_____/

        Pursuant to the Order, filed on January 29, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within thirty days. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, as of February 17, 2010, petitioner has paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: March 5, 2010                  /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
bart0073.dsc